# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/24/2015 11:04:07 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):   **12-14-00368-CR**

Trial Court Style:   THE STATE OF TEXAS V. JOHN CALVIN MARSHALL.

Trial Court & County: 294TH JUDICIAL DISTRICT COURT, VAN ZANDT COUNTY.

Trial Court No.:   CR11-00070.

Date Trial Clerk's Record Originally Due:  February 2, 2015.

Date Court Reporter's/Recorder's Record Originally Due: February 2, 2015.

Anticipated Number of Pages of Record: 1,000.

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record

☒    Other.  (Explain.)

I just need about 5 more days to put this appeal together.  I've had four appeals this month and also we were in trial about a week.  I am also working on State v. Roger Dale Whitener and I should be able to complete both Marshall and Whitener by the end of this week.  Due to inclement weather, the courthouse was closed on 2/23/15 so I was unable to ask for an extension yesterday.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 2/28/15 or 3/2/15, and **I hereby request an underlined additional 5 days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

February 24, 2015                                         //S/        Estella    T.    Grisham.
Date                                                                      Signature

Office Phone Number: 903-567-4422             Printed Name: Estella T. Grisham
egrisham@vanzandtcounty.org
E-mail Address (if available)                           Official Title: 294th JDC Official Court Reporter

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.


The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Name: Mr. Dean White

Address: 690 W. Dallas

Canton, Texas 75103

Phone no.: 903-567-4155

Attorney for: John Calvin Marshall

Lead Counsel for **APPELLEE(S)**:

Name: Mr. Chris Martin

Address: 400 S. Buffalo Street

Canton, Texas 75103

Phone no. 903-567-4104

Attorney for: The State of Texas